# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153254

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v
              SC: 153254
              COA: 321804
              Kent CC: 13-000391-FH

ALENNA MARIE ROCAFORT,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 7, 2016 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of *People v Manuel*, ___ Mich App ___ (Docket No. 331408, decided April 18, 2017). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017



Clerk

s0913